IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MIA A. BIRD, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 21-cv-747 |
| MASTERY CHARTER SCHOOLS, | : | |
| *Defendant.* | : | |

| | | |
|---|---|---|
| MIA A. BIRD, | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | No. 21-cv-3239 |
| NUTRITION, INC, D/B/A THE NUTRITION GROUP, | : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 1st day of June, 2022, upon consideration of Defendant's "Motion to Dismiss" (ECF No. 15), and Plaintiff's response thereto (ECF No. 18), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED in part and DENIED in part** as follows:

1. Defendant's motion is **DENIED** as to Plaintiff's race discrimination claim;

2. It is **FURTHER ORDERED** that Plaintiff's hostile work environment, gender discrimination, and retaliation claims are **DISMISSED WITH PREJUDICE.**

**BY THE COURT:**

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**