## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIA A. BIRD,<br><br>        **Plaintiff**<br><br>     **v.**<br><br>**MASTERY CHARTER SCHOOLS,**<br><br>        **Defendant** | **CIVIL ACTION**<br><br>**No. 21-cv-747** |

### ORDER

**AND NOW,** this 10th day of June, 2024, upon consideration of Defendant Mastery Charter Schools' Motion for Summary Judgment (ECF No. 69) and Plaintiff Mia Bird's Response in Opposition, it is hereby **ORDERED** that the Motion is **GRANTED**, and **Judgment** as a matter of law is entered in favor of Defendant Mastery Charter Schools and against Plaintiff Mia Bird for the reasons set forth in the accompanying Memorandum Opinion.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED.**

BY THE COURT:

*/s/  Mitchell S. Goldberg*

**Mitchell S. Goldberg,      J.**